IN THE MATTER OF MOSES MAHELONA, Police Justice.

COMPLAINT FOR MALFEASANCE.

HEARING, AUGUST 26, 1891.   DECISION, AUGUST 31, 1891.

JUDD, C.J., BICKERTON AND DOLE, JJ.   McCULLY, J., ABSENT.

The respondent had been convicted of the offense of adultery and had ap-
pealed therefrom; a decree of divorce had been entered against him
on the ground of adultery; he lived outside of the district wherein
his court was situated, and he had failed to make returns of fines and
costs for a period of four months : Held, that good cause had been
shown for his dismissal from office.

OPINION OF THE COURT, BY DOLE, J.

The respondent, the Police Justice of the District of Ewa,
Island of Oahu, is charged with having been convicted of the
offense of adultery on the 24th day of July last; with residing
out of the district, in Honolulu; and with neglecting to make re-
turns of costs and fines collected by him since March last.   The
complaint prays that if these charges are sustained or if it shall
appear from any cause that the respondent is unfit longer to
hold said office, he be dismissed therefrom.

The respondent in his answer admits the alleged conviction
of adultery, but contends that it does not constitute a cause for
removal from office, and alleges that he has appealed from such
conviction to the Supreme Court.   He further admits the
charge of non-residence, and says that he has endeavored to
secure a place of residence in the district but has been unable
to do so on account of high rents, and also that there has been
no failure of justice in consequence of such non-residence.   He
also admits the failure to file his returns for the quarter ending
June 30th, 1891, but alleges that he has now filed them.

Upon the examination, a decree of divorce on the ground of
adultery of this respondent, filed in the cause of *Susan K. Mahe-*

*lona vs. Moses Mahelona* and dated August 1st, 1891, was offered in evidence, and it was admitted that this respondent has since married the co-respondent in the divorce case. It also appeared that no returns had been made . for the four months since March last.

It is very important that Police and District Justices should live conveniently near their offices. The delay of the respondent for over four months to make his returns is a serious default in a Police or District Justice, the law requiring returns to be made monthly, and would in itself be a sufficient ground for removal from office. Immorality of the character suggested cannot be overlooked in a justice, and a conviction, even though appealed from, supported by a decree of divorce on the ground of adultery, is sufficient to show such immorality in proceedings of this nature.

We think that good cause is shown for the dismissal of the respondent Moses Mahelona from his said office of Police Justice for the District of Ewa, Island of Oahu, and we so order, with costs.

*Deputy Attorney-General Creighton,* for prosecution.

*A. Rosa,* for respondent.